UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE CIRCLE STUDIO CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEAP YEAR PUBLISHING, LLC dba Summit Studios; DOES 1-10 inclusive,<br><br>Defendant. | Case No. 2:17-cv-08162-PSG (PLAx)<br><br>Hon. Phillip S. Gutierrez<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

| | |
|---|---|
| 1 | The Court, having read and considered the Stipulation and [Proposed] Protective |
| 2 | Order, and determining that good cause exists, |
| 3 | IT IS HEREBY ORDERED that the Stipulated Protective Order is GRANTED. |

Dated: June 11, 2018      By: *Paul L. Abrams*
                                         Hon. Paul L. Abrams
                                         United States Magistrate Judge